JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VALLEY SCREEN COMPANY, a California Corporation, et al. <br><br> Defendant. | CASE NO.  CV 09-07619 MMM (RZx) <br><br> JUDGMENT FOR PLAINTIFFS |

On October 20, 2009, plaintiffs filed this action against defendant Valley Screen Company. Valley Screen did not answer or otherwise respond, and the clerk entered its default on February 17, 2010.  Plaintiffs then moved for entry of default judgment.  In an order dated January 31, 2011, the court granted plaintiffs' motion. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs shall recover from defendant Valley Screen Company the sum of $35,859.78, which includes:

   (A)   $20,804.24 in unpaid fringe benefit contributions;

   (B)   $3,372.62 in prejudgment interest;

   (C)   $9,087.08 in liquidated damages;

1        (D)    $2,595.84 in attorneys' fees;

2.    That the judgment bear interest at an annual rate of 0.26%;

3.    That defendant Valley Screen Company be restrained, for so long as it remains bound to make any payments or contributions or submit reports to plaintiffs, from failing to deliver or causing to be delivered the following:

    a.    Complete, truthful and accurate Employer's Monthly Reports for the period from May 2009 to August 2009;

    b    A complete, truthful and accurate Employer's Monthly Report covering all employees employed during the prior month under the Master Labor Agreement;

    c.    The declaration of a responsible officer attesting from personal knowledge under penalty of perjury to the completeness, truthfulness and accuracy of the Monthly Report; and

    d.    Checks for the full amount shown on the Monthly Report as owing to each Trust. payable as designated in the Monthly Report; and

4.    That plaintiffs recover their costs of suit herein;

DATED: January 31, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE